HEATHER M. FREINKEL, SBN 272931
HOMELESS ACTION CENTER
2601 San Pablo Ave.
Oakland, CA  94612
Phone:  (510) 695-2260 x. 322
Fax:     (510) 540-0403
hfreinkel@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMI RAVEN-JONES,<br><br>       Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br><br>Acting Commissioner of Social Security, [1]<br><br><br>       Defendant. | CIVIL NO. CIVIL NO. 3:16-cv-03766-LB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR PLAINTIFF TO FILE REPLY TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have a first extension of time of twenty-one days to file her

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Action, 42 U.S.C. §405(g)."

reply to Defendant's motion for summary judgment. The current due date is February 27, 2017. The new due date will be March 20, 2017.

    This is the first continuance sought by Plaintiff. There is good cause for this request. Plaintiff seeks this extension due to counsel's heavy workload, including her administrative hearing caseload with the Social Security Administration.

    Plaintiff apologizes for any inconvenience caused by this delay. Defendant does not object and agrees that all subsequent filing deadlines should be extended accordingly.

Dated this 21st Day of February, 2017    Respectfully Submitted,

Dated: February 21, 2017    _/s/ Heather M. Freinkel_____

HEATHER M. FREINKEL
Attorney for JAMI RAVEN-JONES
HOMELESS ACTION CENTER
2601 San Pablo Ave.
Oakland, CA 94612

Dated: February 21, 2017    _/s/ Beatrice Na *_____

BEATRICE NA
Attorney for NANCY A. BERRYHILL
(*Authorized via email on 2/21/17)
160 Spear Street, Suite 800
San Francisco, CA 94105

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:

Dated: 2/23/2017    _____

THE HONORABLE LAUREL BEELER
United States Magistrate Judge